UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY CHOO and DIANNE E. LEE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLNX LIFE SCIENCES, INC., et al.,<br><br>Defendants. | No. 17-cv-02517-KJM-DMC<br><br>ORDER |

The parties jointly request to further amend dates in the class certification scheduling order. ECF No. 22, 28. Because this request will affect other deadlines in the court's scheduling order, the court GRANTS this request, and sets forth the following amendments:

| Description | Existing Date | New Date |
|---|---|---|
| Plaintiffs' class certification expert disclosure deadline | January 7, 2019 | May 6, 2019 |
| Defendants' class certification expert disclosure deadline | February 8, 2019 | June 10, 2019 |
| Deadline to complete all expert discovery | March 8, 2019 | July 8, 2019 |
| Class certification hearing | April 19, 2019 | August 9, 2019 at 10:00 A.M. |

///

1

This amendment does not alter any other portions of the scheduling order.

IT IS SO ORDERED.

DATED: January 11, 2019.

_____
UNITED STATES DISTRICT JUDGE