UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY CHOO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLNX LIFE SCIENCES, INC., et al.,<br><br>    Defendants. | Case No. 2:17-cv-2517 KJM DMC<br><br>ORDER |

The parties jointly request to further extend plaintiffs' class certification expert disclosures deadline. ECF No. 32. Because this request will affect other deadlines in the court's scheduling order, the court GRANTS this request, and sets forth the following amendments:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' class certification expert disclosure deadline | May 6, 2019 | September 3, 2019 |
| Deadline to complete all expert discovery | July 8, 2019 | October 3, 2019 |
| Class certification hearing | August 9, 2019 | November 1, 2019 |

IT IS SO ORDERED.

DATED: May 17, 2019.

_____
UNITED STATES DISTRICT JUDGE

1